IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| MR. KYJUAN L. CHATMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 323-029 |
| | ) | |
| JOHNSON STATE PRISON; WARDEN ANTOINE CALDWELL; KOCHELLE WATSON; LAKISHA FRANKLIN; and UNIT MANAGER TRAVIS PROSSER, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Plaintiff, currently incarcerated at Dodge State Prison, commenced this case pursuant to 42 U.S.C. § 1983.  On May 5, 2023, the Court recommended dismissing Plaintiff's amended complaint because Plaintiff failed to state a claim upon which relief may be granted.  (See doc. no. 10.)  In response, Plaintiff filed a motion to voluntarily dismiss his case without prejudice.  (Doc. no. 12.)  As no Defendant has filed an answer or a motion for summary judgment, according to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff may dismiss his case without an Order from the Court.  Therefore, the Court **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and terminate all pending motions and deadlines.

SO ORDERED this 30th day of May, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA